**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 25CR1731-AGS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 18, U.S.C., Sec. 875(c)- Interstate Threatening Communications |
| STEVEN LLOYD JOINER, | |
| Defendant. | |

The United States Attorney charges:

On or about December 13, 2023, within the Southern District of California and elsewhere, defendant STEVEN LLOYD JOINER, transmitted in interstate commerce from South Carolina to California, a communication to K.A. containing a threat to injure the person of K.A.'s spouse, S.A., specifically, "[S.A.] dies tonight," knowing the communication would be viewed as a threat; in violation of Title 18, United States Code, Section 875(c).

DATED: 4/16/2025 .

ADAM GORDON
United States Attorney

*Eric Chiang*

ERIC CHIANG
Assistant U.S. Attorney

ECH: 4/16/2025